IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DONALD PARKER, et al.,

    Plaintiffs

    v.                          CIVIL NO. 97-2231(SEC)

UNIVERSIDAD DE PUERTO RICO, et al.,

    Defendants

## ORDER

The Clerk of the Court is to refer to this magistrate the appeal record once it is received in this district for the purpose of scheduling the trial date.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of November, 2000.

J. ANTONIO CASTELLANOS
U.S. MAGISTRATE JUDGE

AO 72
(Rev 8/82)