IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DONALD PARKER, et al.,

Plaintiffs

v.                                      CIVIL NO. 97-2231(SEC)

UNIVERSIDAD DE PUERTO RICO, et al.,

Defendants

## ORDER

The Final Pretrial Conference in this case is hereby scheduled for Friday, January 19, 2001 at 9:30 a.m. Parties are to be notified by telephone and fax.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of January, 2001.

J. ANTONIO CASTELLANOS
U.S. MAGISTRATE JUDGE

*By phone:*
Jane Becker — (through Mintza)
Vanessa Viera — (through Magali)
Romnita Arizpe — (through Iris Marie)
1/11/01
JM