IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DONALD PARKER, et al.,

    Plaintiffs

    v.                              CIVIL NO. 97-2231(SEC)

UNIVERSIDAD DE PUERTO RICO, et al.,

    Defendants

## FINAL PRETRIAL CONFERENCE REPORT

At the Final Pretrial Conference held today, the parties were represented by Counsel Jane Becker and Vanessa Viera-Rabelo.

Defendants were granted ten (10) days to submit a memorandum of law regarding the issue of the "sovereign immunity" affirmative defense.

Plaintiffs were granted ten (10) additional days to reply.

Once the Court rules on this jurisdictional issue, the trial date will then be scheduled.

Within the next five (5) working days, plaintiffs will make a former offer of settlement. The reply should be informed to the Court.

There is a good disposition from the parties to pursue settlement negotiations.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of January, 2001.

J. ANTONIO CASTELLANOS
U.S. MAGISTRATE JUDGE

AO 72
(Rev 8/82)