# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



DONALD PARKER, *et al.*,

    Plaintiff(s)

    v.                                    Civil No. 97-2231(JAC)

UNIVERSIDAD DE PUERTO RICO, *et al.*,

    Defendant(s)

## DESCRIPTION OF MOTION

| Date Filed: 02-07-01 | Docket No. 61 | Title: |
|---|---|---|
| [ ] Plaintiff(s) | [x] Defendant(s) | **Motion Requesting Extension of Time** |

## ORDER

[X] is GRANTED.           Order:

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

__02-09-01__
Date

J. Antonio Castellanos
U.S. Magistrate Judge

