IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DONALD PARKER, et al.,

    Plaintiffs

    v.                                CIVIL NO. 97-2231(JAC)

UNIVERSIDAD DE PUERTO RICO, et al.,

    Defendants

## ORDER

Counsel for the defendants, Vanessa Viera-Rabelo, called today to inform that this case has been settled.

The parties are granted ten (10) days to file the settlement documents.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of February, 2001.

                                              J. ANTONIO CASTELLANOS
                                              U.S. MAGISTRATE JUDGE

AO 72
(Rev 8/82)