# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
01 MAR 30 PM 4:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DONALD PARKER , *et al.*,

Plaintiff(s)

v. Civil No. 97-2231(JAC)

UNIVERSIDAD DE PUERTO RICO, *et al.*,

Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 03-30-01

Docket No. ______

Title: <u>Motion for Voluntary Dismissal with Prejudice</u>

[ ] Plaintiff(s) [ ] Defendant(s)

## ORDER

[ X ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

Order:

03-30-01
Date

J. Antonio Castellanos
U.S. Magistrate Judge

65