IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DONALD PARKER, et al.,

    Plaintiffs

v.                                **CIVIL NO. 97-2231(JAC)**

UNIVERSIDAD DE PUERTO RICO, et al.,

    Defendants

**ORDER**

The <u>Settlement Agreement and Release of All Claims</u> filed by the parties is hereby APPROVED.

The terms and conditions of the agreement are incorporated and made part of this order by reference.

The case is to be DISMISSED with prejudice and without the imposition of costs and attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of March, 2001.

J. ANTONIO CASTELLANOS
U.S. MAGISTRATE JUDGE


