IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DONALD PARKER, et al.,

Plaintiffs

v.                                              CIVIL NO. 97-2231(JAC)

UNIVERSIDAD DE PUERTO RICO, et al.,

Defendants

## JUDGMENT

Having approved the Settlement Agreement filed by the parties, Judgment is to be entered dismissing the complaint with prejudice and without the imposition of costs and attorney's fees.

The Clerk of the Court is to proceed accordingly.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of March, 2001.

J. ANTONIO CASTELLANOS
U.S. MAGISTRATE JUDGE



AO 72
(Rev 8/82)